PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Michael Senatore                                Cr.: 13-00753-001
                                                                  PACTS #: 40608

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/30/2014

Original Offense:    Count 1 – Conspiracy to Commit Theft of Government Property
                     Count 2 – Theft of Government Property

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: Fine, Substance Abuse Testing/Treatment, Gambling Restrictions, Mental Health Treatment, No New Debt/Credit, and Employment Requirements/Restrictions

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/03/17

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant shall pay a fine of $6,000.00. This fine, plus any interest pursuant to 18 U.S.C. § 3612(f) (1), is due immediately and shall be paid in full within 30 days of sentencing. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the fine shall be paid from those funds at a rate equivalent to $25 every 3 months. In the event the fine is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $100, to commence 30 days after release from confinement. |
| | The offender was released from the Bureau of Prisons on March 3, 2017, and has secured employment as a telephone sales representative. At the present time, the offender is unable to pay the monthly installment of $100. |

U.S. Probation Officer Action:

Due to the offender securing his own personal residence in the Eastern District of New York, the offender is being supervised in that district. He is employed full time as a telephone sales representative, but his current salary is $1,100 per month, plus commission. In order to meet his financial obligations, the offender will not be able to pay the minimum monthly installment of $100. The offender has agreed to pay $50 per month until his earnings increase. The United States Probation Office in the Eastern District of New York will continue to assess the offender's financial standing and will keep the Court apprised of any changes.

Respectfully submitted,

*Patrick T. Hattersley*

By: Patrick T. Hattersley
    Sr. United States Probation Officer
Date: 03/22/2017

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

April 11, 2017
_____
Date

PROB 49
(4/15)SWPA

# United States District Court

EASTERN DISTRICT OF NEW YORK

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*The offender shall satisfy the remaining amount due for the fine imposed at the time of sentencing in monthly installments of no less than $50 per month.*

Witness _____     Signed _____
Victoria Aguilar                    Michael Senatore
(U.S. Probation Officer)            (Supervised Releasee)

March 3, 2017
(Date)