PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Michael Senatore				Cr.: 13-00753-001
								PACTS #: 40608

Name of Sentencing Judicial Officer:	THE HONORABLE CLAIRE C. CECCHI
					UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/30/2014

Original Offense:	Count 1 – Conspiracy to Commit Theft of Government Property
			Count 2 – Theft of Government Property

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: Fine, Substance Abuse Testing/Treatment, Gambling Restrictions, Mental Health Treatment, No New Debt/Credit, and Employment Requirements/Restrictions

Type of Supervision: Supervised Release			Date Supervision Commenced: 03/03/17

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant shall pay a fine of $6,000.00. This fine, plus any interest pursuant to 18 U.S.C. § 3612(f) (1), is due immediately and shall be paid in full within 30 days of sentencing. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the fine shall be paid from those funds at a rate equivalent to $25 every 3 months. In the event the fine is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $100, to commence 30 days after release from confinement. |
| | The offender was released from the Bureau of Prisons on March 3, 2017, and has secured employment as a telephone sales representative. In a notification sent to the Court on March 22, 2017, the Court was made aware that the offender could not afford to pay $100 per month and he would pay $50 per month until his salary increased. |
| | To date the offender has failed to make any payments towards his fine. |

U.S. Probation Officer Action:

The United States Probation Office in the Eastern District of New York has requested no action be taken at this time. They have issued the offender with a letter of reprimand and he has been advised his continued failure to make a payment will result in a violation of supervised release. The United States Probation Office in the District of New Jersey respectfully recommends the offender be given 60 days to come into compliance with his payment plan, including arrears, or else a violation of supervised release proceeding will be initiated.

Respectfully submitted,

*Patrick Hattersley*
By: Patrick Hattersley
Senior U.S. Probation Officer
Date: 12/19/2017

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

_____ 21, 2017
Date