PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Michael Senatore　　　　　　　　　　　　　　　　　Cr.: 13-00753-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 40608

Name of Sentencing Judicial Officer:　THE HONORABLE CLAIRE C. CECCHI
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/30/2014

Original Offense:　Conspiracy to Commit Theft of Government Property, 18 U.S.C. § 371
　　　　　　　　　　Theft of Government Property, 18 U.S.C. § 641

Original Sentence: 8 months imprisonment, 36 months supervised release

Special Conditions: Drug Treatment, Mental Health Treatment, Financial Disclosure, No New Debt/Credit, Substance Abuse Testing, Location Monitoring Program, Fine, Special Assessment

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: March 3, 2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failure to satisfy fine. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Senatore has been compliant with his monthly fine payments. The offender's supervision is due to expire on March 2, 2020, with an outstanding fine balance of $3,875. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*Elisa Martinez*/km

　　　　　　　　　　　　　　　　　　　　　　　　　　By:　Elisa Martinez
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervising U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 02/04/2020

Prob 12A – page 2
Michael Senatore

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- [x] Allow Supervision to Expire as Scheduled on March 2, 2020 (as recommended by the Probation Office)
- [ ] Submit a Request for Modifying the Conditions or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

_____
Signature of Judicial Officer

FEBRUARY 10, 2020
Date